U.S. District Court  
Western District of Louisiana  
Tony R. Moore, Clerk  
RECEIVED  
Date: __08-03-09__  
By __M. Cassanova__

Case 5:09-cr-00164-SMH-MLH   Document 45   Filed 08/03/09   Page 1 of 1

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | | | |
|---|---|---|---|
| HON. MARK HORNSBY | JUDGE PRESIDING | DATE: | AUGUST 03, 2009 |
| MARCIA W. CASSANOVA | MINUTE CLERK | **STATISTICAL TIME:** | **00:30** |
| [10:11:06 ]- [10:20:30] | FTR GOLD AUDIO | COURT REPORTER: | |

CASE NO.: 09-cr-00164-01    UNITED STATES V. MALCOLM GILLIS
CASE NO.: 09-cr-00164-04    UNITED STATES V. JULIUS WALKER
CASE NO.: 09-cr-00164-09    UNITED STATES V. MARCUS SNEED

**APPEARANCES:**     FOR THE GOVERNMENT:    JIM COWLES
                     FOR DEFENDANT GILLIS:  PETE KAMMER (A/FPD)
                     FOR DEFENDANT WALKER:  PETE KING (A/FPD)
                     FOR DEFENDANT SNEED:   MICHAEL VERGIS (A/FPD)

**CASE CALLED FOR:** DETENTION HEARING AND ARRAIGNMENT

**BOND DETERMINATION/DETENTION HEARING:**

(X) DEFENDANTS DO NOT CONTEST THE GOVERNMENT'S ORAL MOTION FOR DETENTION AT THIS TIME, EACH DEFENDANT RESERVING HIS RIGHT TO REQUEST A HEARING ON BOND IF HIS CIRCUMSTANCES CHANGE.

(X) THE GOVERNMENT'S ORAL MOTIONS FOR DETENTION ARE GRANTED, AND DEFENDANTS ARE REMANDED TO THE CUSTODY OF THE U.S. MARSHAL PENDING TRIAL.

(X) ORDERS OF DETENTION ARE FILED HEREWITH.

**ARRAIGNMENT:**

(X) ORAL ORDER GRANTING ORAL MOTION FOR RULE 16 DISCOVERY AS TO DEFENDANTS WALKER AND SNEED.

(X) ORAL ORDER GRANTING ORAL MOTIONS FOR RECIPROCAL RULE 16 DISCOVERY AS TO DEFENDANTS WALKER AND SNEED.

(X) READING OF INDICTMENT IS WAIVED BY EACH DEFENDANT.

(X) NOT GUILTY PLEA TO ALL COUNTS IN WHICH EACH DEFENDANT IS NAMED.

(X) DEFENDANTS' MOTIONS ARE DUE BY FRIDAY, AUGUST 28, 2009, INCLUDING ANY MOTIONS UNDER 18 USC § 3161(h) FOR DELAY OF TRIAL.

(X) **COUNSEL SHALL DELIVER TO CHAMBERS AT THE TIME OF FILING A PAPER COURTESY COPY OF ALL MOTIONS AND BRIEFS.**

(X) A STATUS CONFERENCE IN CHAMBERS IS SET BEFORE MAGISTRATE JUDGE HORNSBY ON WEDNESDAY, SEPTEMBER 09, 2009 AT 03:00 P.M. **THE CONFERENCE IS EXPECTED TO LAST AT LEAST ONE HOUR**.

(X) DEFENDANTS WILL FILE A WAIVER OF SPEEDY TRIAL.

(X) THE ORAL MOTIONS BY MR. KAMMER, MR. KING AND MR. VERGIS TO ENROLL AS APPOINTED COUNSEL ARE GRANTED.