**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: CRIMINAL NUMBER 09-CR-00164-01** |
| **VERSUS** | **: JUDGE HICKS** |
| **MALCOLM GILLIS** | **: MAGISTRATE JUDGE HORNSBY** |

---

**MOTION FOR PRODUCTION OF EXCULPATORY OR FAVORABLE EVIDENCE**

---

**NOW INTO COURT**, through undersigned counsel, comes MALCOLM GILLIS, made defendant herein, who respectfully represents:

1.

Defendant requests that the government produce all evidence within its possession, custody control or knowledge which is favorable to defendant, and is corroborative of his defense or is material either to guilt or to punishment in this prosecution. This request includes evidence, the existence of which is known, or which may become known to the attorney for the government through the exercise of due diligence.

2.

This request for production is made pursuant to the dictates of *Brady v. Maryland,* 373 US 83, 83 S Ct 1194, 10 L Ed 2d 215 (1963), and the interpretive federal jurisprudence.

3.

Defendant's request for *Brady* information includes, but is not limited to the following:

a) A full disclosure of any grants of immunity to witnesses who will or may be called to testify by the government, including the name of each witness, the extent of any immunity granted, and the date of such grant.

b) A full disclosure of any agreement between the government and any person whereby that person whereby that person will not be prosecuted, will be prosecuted for a lesser offense, or other plea bargain or agreement, including the name of each such person, the date of such agreement, and the full terms of such agreement.

c) Any record or prior criminal convictions of persons whom the government intends to call as witnesses in its case against the defendant.

d) Statements of persons interviewed by the government or others which are exculpatory to defendant, which state an opinion as to defendant's innocence, or which vouch for the character of defendant.

e) Statements which indicate that one other than defendant, is either wholly or partly guilty of the acts of which defendant stands accused.

f) Any expression of doubt by any witness as to defendant's involvement in the alleged criminal offenses involved herein.

g) Any fingerprints found on any piece of evidence which do not match those of defendant.

4.

Defendant hereby reiterates the well established continuing nature of the government's duty to disclose any favorable or exculpatory evidence with respect to defendant which comes into the possession or control of the government's attorney or agent.

WHEREFORE, **MALCOLM GILLIS** prays that the government produce the information requested above as provided by law.

                                      Respectfully submitted,

                                 /s/ Charles H. Kammer, III
                                  **CHARLES H. KAMMER, III**
                                  LSBA No. # 21658
                                  820 Jordan Street, Suite 480
                                  Shreveport, Louisiana  71101
                                  318-222-0293 - Telephone
                                  318-425-1644 - Facsimile
                                  Pete@KandHLawOffice.com

                                  ATTORNEY FOR MALCOLM GILLIS

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the foregoing Motion Production of Exculpatory or Favorable Evidence has been forwarded via electronic filing and U.S. Regular Mail to James G. Cowles, Jr., Assistant United States Attorney, Federal Building, 300 Fannin, Suite 3201, Shreveport, Louisiana 71101 on the day stamped and filed.

                                  /s/Charles H. Kammer, III
                                  Charles H. Kammer, III