# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **:   CRIMINAL NUMBER 09-CR-00164-01** |
| **VERSUS** | **:   JUDGE HICKS** |
| **MALCOLM GILLIS** | **:   MAGISTRATE JUDGE HORNSBY** |

---

## MOTION FOR RULE 16 DISCOVERY AND INSPECTION

---

**NOW INTO COURT**, through undersigned counsel, comes MALCOLM GILLIS, made defendant herein, who respectfully represents:

1.

Defendant requests that the government produce for inspection, copying and photographing the information and evidence within the possession, custody or control of the government, the existence of which is known, or by the exercise of due diligence, may become known, to the government's attorney or agents, all of which is provided by Rule 16(a), Federal Rules of Criminal Procedure including but not limited to the following:

a) All written or recorded statements made by the defendant, or copies thereof, including any recorded testimony before a grand jury, whether transcribed or not, and the substance of any oral statement which the government intends to offer into evidence at the trial made by the defendant whether before or after arrest, and includes any statements made by the defendant to State law enforcement agencies cooperating with Federal agents.

b) A copy of any record of criminal arrests and/or convictions of defendant that is in the possession of the government or any Federal or State law enforcement agency.

c) All books, papers, documents, photographs, tangible objects, buildings or places or copies or portions thereof, which are material to the preparation of the defense of this case, or are intended for use by the government as evidence at the trial or were obtained from, or belonging to, defendant.

d) All results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are material to the preparation of the defense or are intended for use by the government as evidence at the trial of this matter. This request specifically includes, but is not limited to, any scientific tests of documents or handwriting samples allegedly signed or written on by defendant.

e) Written notice from the government indicating whether its attorney intends to offer "other crimes" evidence in the trial of this matter. If the government does intend to offer such "other crimes" evidence, defendant requests specific notice as to the particular crime, the date of the alleged commission, all persons involved, the results of any investigation by any law enforcement agency, and whether any convictions resulted from those investigations.
Ref.: Rule 404(b), Federal Rules of Evidence

f) The names and addresses of all witnesses to be called to testify by the government at the trial of this matter.

g) The *curricula vitae* of all expert witnesses to be called on behalf of the government, specifically, outlining the proposed witness' education, experience, prior testimony and general qualifications as an expert.

2.

The defendant submits that the Federal jurisprudence has affirmed the continuing duty of the government to produce the information set forth more fully above when said requested

information comes into the possession, control or knowledge of the government attorney or agents after the government's initial response to defendant's request for production.

3.

In the event that the government refuses to produce any of the material or information more fully set forth above, defendant hereby requests that a hearing be conducted before trial to determine the appropriateness of the government's refusal to produce, and to impose sanctions against the government for improper refusal to produce.

**WHEREFORE**, **MALCOLM GILLIS** prays that the government produce the information requested above as provided by law.

Respectfully submitted,

/s/ Charles H. Kammer, III
 **CHARLES H. KAMMER, III**
LSBA No. # 21658
820 Jordan Street, Suite 480
Shreveport, Louisiana 71101
318-222-0293 - Telephone
318-425-1644 - Facsimile
Pete@KandHLawOffice.com

ATTORNEY FOR MALCOLM GILLIS

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the foregoing Motion for Rule 16 Discovery and Inspection has been forwarded via electronic filing and U.S. Regular Mail to James G. Cowles, Jr., Assistant U.S. Attorney, 300 Fannin Street, 3rd Floor, Shreveport, Louisiana 71101,on the day stamped and filed.

/s/Charles H. Kammer, III
**CHARLES H. KAMMER, III**