**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: CRIMINAL NUMBER 09-CR-00164-01** |
| **VERSUS** | **: JUDGE HICKS** |
| **MALCOLM GILLIS** | **: MAGISTRATE JUDGE HORNSBY** |

---

**MOTION FOR NOTICE PURSUANT TO
RULE 12(b)(4), FEDERAL RULES OF CRIMINAL PROCEDURE**

---

**NOW INTO COURT**, through undersigned counsel, comes MALCOLM GILLIS, made defendant herein, who requests that the government provide written notice pursuant to Rule 12(b)(4), Federal Rules of Criminal Procedure, as follows:

1. Of intent to use as evidence in its case in chief of any confession or statement of defendant or any evidence derived therefrom;

2. Of intent to use as evidence in its case in chief any evidence obtained as a result of a search and seizure, including the seizure of any wire or oral communications by electronic surveillance as defined in 18 USC §2501, *et seq.*, or any evidence derived therefrom;

3. Of intent to use as evidence in its case in chief of any evidence which the government contends is admissible under and pursuant to Rule 404(b), Federal Rules of Evidence; and

4. Of intent to use as evidence in its case in chief any statement of any alleged co-conspirator, charged or uncharged, pursuant to Rule 801(d)(2)(E).

5. Defendant further request, with regard to any such evidence as set out in paragraphs 1, 2, 3 and 4 above, that the government provide defendant with copies thereof, or permit inspection if copying is impossible or impracticable.

6. Defendant further requests, with regard to any such evidence as set out in paragraphs 1 and 2 above, that the government provide defendant with any and all documentation tending to show that the confession or evidence was legally obtained.

**WHEREFORE**, **MALCOLM GILLIS** prays that this request for notice pursuant to Rule 12(b)(4), Federal Rules of Criminal Procedure, be deemed sufficient and that the government provide such notice within a reasonable time as required by law.

RESPECTFULLY SUBMITTED:

KAMMER & HUCKABAY, LTD (A.P.L.C.)


BY: /s/Charles H. Kammer, III
     Charles H. Kammer, III
     Bar Roll Number 21658
     820 Jordan, Suite 480
     Shreveport, Louisiana 71101
     (318) 222-0293

ATTORNEY FOR MALCOLM GILLIS

**CERTIFICATE**

  I HEREBY CERTIFY that a copy of the above and foregoing Motion for Notice Pursuant to Rule 12(D)(2), Federal Rules of Criminal Procedure thereof has been served upon the office of James G. Cowles, Jr., Assistant United States Attorney, Federal Building, 300 Fannin, Suite 3201, Shreveport, Louisiana 71101 on the day stamped and filed.

                 /s/Charles H. Kammer, III
                 Charles H. Kammer, III