**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: CRIMINAL NUMBER 09-CR-00164-01** |
| **VERSUS** | **: JUDGE HICKS** |
| **MALCOLM GILLIS** | **: MAGISTRATE JUDGE HORNSBY** |

_____

**MOTION FOR PRODUCTION OF
WRITTEN SUMMARY OF EXPERT OPINIONS PURSUANT TO
RULE 16(a)(1)(G), FEDERAL RULES OF CRIMINAL PROCEDURE**
_____

**NOW INTO COURT**, through undersigned counsel, comes MALCOLM GILLIS, made defendant herein, who requests that the government provide a written summary pursuant to Rule 16(a)(1)(G), Federal Rules of Criminal Procedure, including but not limited to the following:

1. Description of each expert witness' testimony and opinion(s);

2. Description of the bases, and the reasons therefor, of each expert witness' opinion(s);

3. Description of each expert witness' education, experience, training and other qualifications; and

4. Defendant further requests a copy of the *curriculum vitae* of each expert witness which the government intends to call at trial.

**WHEREFORE**, **MALCOLM GILLIS** prays that this request for notice pursuant to Rule 16(a)(1)(G), Federal Rules of Criminal Procedure, be deemed sufficient and that the government provide such notice within a reasonable time as required by law.

RESPECTFULLY SUBMITTED:

KAMMER & HUCKABAY, LTD (A.P.L.C.)


BY: /s/Charles H. Kammer, III
     Charles H. Kammer, III
     Bar Roll Number 21658
     820 Jordan, Suite 480
     Shreveport, Louisiana 71101
     (318) 222-0293

ATTORNEY FOR MALCOLM GILLIS

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the above and foregoing Motion for Production of Written Summary of Expert Opinions Pursuant to Rule 16(a)(1)(G), Federal Rules of Criminal Procedure thereof has been served upon the office of James G. Cowles, Jr., Assistant United States Attorney, Federal Building, 300 Fannin, Suite 3201, Shreveport, Louisiana 71101, on the day stamped and filed.

/s/Charles H. Kammer, III
Charles H. Kammer, III