# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 09-00164** |
| **VERSUS** | : | **JUDGE: S. MAURICE HICKS, JR.** |
| **MALCOLM GILLIS** | : | **MAGISTRATE JUDGE HORNSBY** |

## MOTION TO ENROLL AS ATTORNEY OF RECORD

**NOW INTO COURT**, comes undersigned counsel who respectfully moves this Court for an Order permitting her to enroll as trial counsel for **MALCOLM GILLIS**, Defendant, in the above entitled cause

**WHEREFORE**, undersigned counsel prays that Kenota L. Pulliam be and is hereby enrolled as counsel for Defendant for purposes of this criminal matter.

**RESPECTFULLY SUBMITTED,**

/s/ Kenota L. Pulliam

_____
KENOTA L. PULLIAM, Bar Roll #27612
401 Edwards St., Ste. 525
Shreveport, LA 71101
Tel: (318) 226-4920
Fax: (318) 226-4925
**ATTORNEY FOR DEFENDANT,
MALCOLM GILLIS**

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the foregoing Motion has been forwarded via electronic filing and U.S. Regular Mail to James G. Cowles, Jr., Assistant United States Attorney, Federal Building, 300 Fannin, Suite 3201, Shreveport, Louisiana 71101 on the day stamped and filed.

/s/Kenota L. Pulliam
_____
Kenota L. Pulliam