# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 09-00164** |
| **VERSUS** | : | **JUDGE: S. MAURICE HICKS, JR.** |
| **MALCOLM GILLIS** | : | **MAGISTRATE JUDGE HORNSBY** |

## MOTION FOR NOTICE PURSUANT TO
## RULE 12(D)(2), FEDERAL RULES OF CRIMINAL PROCEDURE

**NOW INTO COURT**, through undersigned counsel, comes **MALCOLM GILLIS**, made defendant herein, who request that the government provide written notice pursuant to Rule 12(D)(2), Federal Rules of Criminal Procedures, as follows:

1. Of intent to use as evidence it its case in chief of any confession or statement of defendant or any evidence derived therefrom;

2. Of intent to use as evidence in its case in chief any evidence obtained as a result of a search and seizure, including the seizure of any wire or oral communications by electronic surveillance as defined in 18 USC §2501, et seq., or any evidence derived therefrom;

3. Of intent to use as evidence in its case in chief of any evidence which the government contends is admissible under and pursuant to Rule 404(b), Federal Rules of Evidence;

and,

4. Of intent to use as evidence in its case in chief any statement of any alleged coconspirator, charged or uncharged, pursuant to Rule 801(d)(2)(E).

Defendant further requests, with regard to any such evidence as set out in paragraphs 1, 2, 3 and 4 above, that the government provide defendant with copies thereof, or permit inspection if copying is impossible or impracticable.

Defendant further requests, with regard to any such evidence as set out in paragraphs 1 and 2 above, that the government provide defendant with any and all documentation tending to show that the confession or evidence was legally obtained.

**WHEREFORE, MALCOLM GILLIS**, prays that this request for notice pursuant to Rule 12(D)(2), Federal Rules of Criminal Procedure, be deemed sufficient and that the government provide such notice within a reasonable time as required by law.

.
**RESPECTFULLY SUBMITTED**,

/s/ Kenota L. Pulliam

_____
KENOTA L. PULLIAM, Bar Roll #27612
401 Edwards St., Ste. 525
Shreveport, LA 71101
Tel: (318) 226-4920
Fax: (318) 226-4925
**ATTORNEY FOR DEFENDANT,
MALCOLM GILLIS**

# CERTIFICATE

**I HEREBY CERTIFY** that a copy of the foregoing Motion has been forwarded via electronic filing and U.S. Regular Mail to James G. Cowles, Jr., Assistant United States Attorney, Federal Building, 300 Fannin, Suite 3201, Shreveport, Louisiana 71101 on the day stamped and filed.

/s/Kenota L. Pulliam
_____
Kenota L. Pulliam