IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09-00164 |
| VERSUS | : | JUDGE: S. MAURICE HICKS, JR. |
| MALCOLM GILLIS | : | MAGISTRATE JUDGE HORNSBY |

**MOTION FOR PRODUCTION OF STATEMENTS OF GOVERNMENT WITNESSES**

   **NOW INTO COURT**, through undersigned counsel, comes MALCOLM GILLIS, made defendant herein, respectfully represents:

   1.   Defendant requests that the government produce and deliver to counsel for defendant, any and all written, recorded or transcribed statements made by government witnesses or prospective government witnesses.

   2.   This request for production is made pursuant to the express provisions of Rule 26.2, Federal Rules of Criminal Procedure which codified the "Jencks Act". Rule 26.2 defines the term "statement" as follow:

   a.   A written statement made by said witness and signed or otherwise adopted or approved by him;

   b.   A stenographic, mechanical, electrical or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement made by said witness and recorded contemporaneously with the making of such oral statement; or

   c.   A statement, however taken or recorded, or a transcription thereof, if any, made by said witness to a grand jury.

   3   Defendant specifically requests, but does not limit his request to, the following:

   a.   Any and all statements as defined by Rule 26.2; and

   b.   All C.D. 302 Reports of Interview or analogous documents prepared by government agents in their investigation of the charges against the defendant.

4.      Defendant is aware that the production of statements pursuant to Rule 26.2 is not required before the witness who made the statement testifies at trial. However, in the interest of fairness and judicial economy, defendant requests that all Rule 26.2 statements be produced at least five (5) days prior to trial to enable defendant to prepare his defense.

**WHEREFORE, MALCOLM GILLIS** prays that the government provide the information requested above at least five (5) days prior to trial to enable defendant to prepare his defense.

**RESPECTFULLY SUBMITTED,**

/s/ Kenota L. Pulliam

_____
KENOTA L. PULLIAM, Bar Roll #27612
401 Edwards St., Ste. 525
Shreveport, LA 71101
Tel: (318) 226-4920
Fax: (318) 226-4925
**ATTORNEY FOR DEFENDANT,
MALCOLM GILLIS**


## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the foregoing Motion has been forwarded via electronic filing and U.S. Regular Mail to James G. Cowles, Jr., Assistant United States Attorney, Federal Building, 300 Fannin, Suite 3201, Shreveport, Louisiana 71101 on the day stamped and filed.

/s/Kenota L. Pulliam
_____
Kenota L. Pulliam