IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09-00164 |
| VERSUS | : | JUDGE: S. MAURICE HICKS, JR. |
| MALCOLM GILLIS | : | MAGISTRATE JUDGE HORNSBY |

**MOTION FOR PRODUCTION OF**
**WRITTEN SUMMARY OF EXPERT OPINIONS PURSUANT TO**
**RULE 16(E), FEDERAL RULES OF CRIMINAL PROCEDURE**

**NOW INTO COURT**, through undersigned counsel, comes **MALCOLM GILLIS**, made defendant herein, who requests that the government provide a written summary pursuant to Rule 16(E), Federal Rules of Criminal Procedures, as follows:

1. Description of each expert witness' testimony and opinion(s);

2. Description of the basis, and the reasons therefore, of each expert witness' opinion(s); and,

3. Description of each expert witness' education, experience, training and other qualifications.

Defendant further requests a copy of the curriculum vitae of each expert witness which the government intends to call at trial.

**WHEREFORE, MALCOLM GILLIS**, prays that this request for notice pursuant to Rule 16(E), Federal Rules of Criminal Procedure, be deemed sufficient and that the government provide such notice within a reasonable time as required by law.

**RESPECTFULLY SUBMITTED**,

/s/ Kenota L. Pulliam
_____
KENOTA L. PULLIAM, Bar Roll #27612
401 Edwards St., Ste. 525
Shreveport, LA 71101
Tel: (318) 226-4920
Fax: (318) 226-4925
**ATTORNEY FOR DEFENDANT,
MALCOLM GILLIS**

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the foregoing Motion has been forwarded via electronic filing and U.S. Regular Mail to James G. Cowles, Jr., Assistant United States Attorney, Federal Building, 300 Fannin, Suite 3201, Shreveport, Louisiana 71101 on the day stamped and filed.

/s/Kenota L. Pulliam
_____
Kenota L. Pulliam