# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 09-00164** |
| **VERSUS** | **:** | **JUDGE: S. MAURICE HICKS, JR.** |
| **MALCOLM GILLIS** | **:** | **MAGISTRATE JUDGE HORNSBY** |

# ORDER

**FOREGOING CONSIDERED:**

**IT IS ORDERED** that Kenota L. Pulliam, be allowed to file the Motion for Production of Statements of Government Witnesses on behalf of the defendant, **MALCOLM GILLIS**.

**IT IS FURTHER ORDERED** that the United States of America produce statements of government witnesses.

**SIGNED** in the City of Shreveport, Caddo Parish, Louisiana, on this _____ day of _____ , 2009.

_____
**JUDGE**