**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

---

**UNITED STATES OF AMERICA :  CRIMINAL NUMBER 09-CR-00164-01**

**VERSUS** : **JUDGE HICKS**

**MALCOLM GILLIS** : **MAGISTRATE JUDGE HORNSBY**

---

**MOTION TO WITHDRAW AS COUNSEL**

---

On Motion of CHARLES H. KAMMER, III, respectfully represents:

1.

Mover herein was appointed to represent the defendant in the above styled and numbered cause.

2.

Mover shows that on September 2, 2009, Kenota L. Pulliam filed a Motion to Enroll as Counsel for the defendant, Malcolm Gillis.

WHEREFORE, MOVER, CHARLES H. KAMMER, III, PRAYS that he be allowed to withdraw as counsel of record for defendant, Malcolm Gillis, in the above styled and numbered cause.

KAMMER & HUCKABAY, LTD (A.P.L.C.)

By: /s/Charles H. Kammer, III
Charles H. Kammer, III - #21658
820 Jordan, Suite 480
Shreveport, Louisiana 71101
(318) 222-0293 - Telephone
(318) 425-1644 - Facsimile

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the foregoing Motion has been forwarded via electronic filing and U.S. Regular Mail to James G. Cowles, Jr., Assistant United States Attorney, Federal Building, 300 Fannin, Suite 3201, Shreveport, Louisiana 71101 on the day stamped and filed.

                                         /s/Charles H. Kammer, III
                                           Charles H. Kammer, III