# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 09-00164** |
| **VERSUS** | : | **JUDGE: S. MAURICE HICKS, JR.** |
| **MALCOLM GILLIS** | : | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

**FOREGOING CONSIDERED:**

**IT IS ORDERED** that Kenota L. Pulliam, be allowed to enrolled as counsel on behalf of **MALCOLM GILLIS**, Defendant, for purposes of this criminal matter.

The motion to withdraw (Doc. 127) by Mr. Kammer is also granted.

**SIGNED** in the City of Shreveport, Caddo Parish, Louisiana, on this __8__ day of __Sept.__, 2009.

_____
**JUDGE**