UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 09-00164-01 |
| | * | |
| VS. | * | JUDGE HICKS |
| | * | |
| MALCOLM GILLIS | * | MAGISTRATE JUDGE HORNSBY |

**<u>GOVERNMENT'S NOTICE PURSUANT TO 21 U.S.C. § 851</u>**

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States, and gives notice as follows:

1.

The Government hereby gives notice pursuant to Title 21, Unites States Code, Section 851, that the defendant stands to be sentenced to increased punishment by reason of a prior felony drug conviction as set forth below.

2.

The defendant was convicted in 1994 by the State of Louisiana, Webster Parish, of Distribution of Cocaine, a drug felony.

3.

As a result of this prior conviction, the defendant is subject to being

1

sentenced to imprisonment of not less than 20 years nor more than Life should he be convicted of Count 1, 21 U.S.C. § 846, in the Indictment in this case, pursuant to 21 U.S.C. § 841 (b)(1)(A); and to not less than 10 years nor more than Life should he be convicted of Count 2, 21 U.S.C. § 841, in the Indictment in this case, pursuant to 21 U.S.C. § 841(b)(1)(B).

        Respectfully submitted,

        DONALD W. WASHINGTON
        UNITED STATES ATTORNEY

By:   **S/**_____
       James G. Cowles, Jr.  (Bar No. 4516)
       Assistant United States Attorney
       300 Fannin St., Ste. 3201
       Shreveport, LA 71101
       318/676-3600

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the United States' Section 851 Notice has been filed electronically, and faxed and mailed to defense counsel:

Kenota Pulliam
Attorney at Law
401 Edwards St., Ste. 525
Shreveport, LA 71101

  this 26th day of September, 2009.

            **S/**_____
            James G. Cowles, Jr.
            Assistant U. S. Attorney