**MINUTE ENTRY**

**September 25, 2009**

**JUDGE S. MAURICE HICKS, JR.**

**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 09-164-01 |
| VERSUS | JUDGE HICKS |
| MALCOLM GILLIS | MAGISTRATE JUDGE HORNSBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

At the request of counsel, this matter is hereby set for entry of guilty plea on October 5, 2009 at 1:30 p.m.

*[signature]*