**MINUTE ENTRY**
October 2, 2009

**JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES | CRIMINAL NO.  09-00164-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MALCOLM GILLIS | MAGISTRATE JUDGE HORNSBY |

  The guilty plea set for Monday, October 5, 2009 is hereby **UPSET**.  This matter is hereby referred to the Public Defender's Office for counsel to be appointed to defendant Malcolm Gillis.

  Shreveport, Louisiana, this 2nd day of October, 2009.

*/s/ S. Maurice Hicks, Jr.*