CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| WDLA/LAWSH | MALCOLM GILLIS | 5002074 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 09-164-01 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA v MALCOLM GILLIS | ✓ Felony / Petty Offense / Misdemeanor / Other / Appeal | ✓ Adult Defendant / Appellant / Juvenile Defendant / Appellee / Other: | CRIMINAL CASE |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

21 USC 846; 841(a)(1) and 18 USC 2

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

CHARLES "PETE" KAMMER, III
820 JORDAN STREET, SUITE 480
SHREVEPORT, LOUISIANA 71101

Telephone Number: _____

14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

RECEIVED
BY ___KB___
OCT 0 9 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

13. COURT ORDER
- [ ] O Appointing Counsel
- [ ] C Co-Counsel
- [ ] F Subs For Federal Defender
- [✓] R Subs For Retained Atty.
- [ ] P Subs For Panel Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name: KENOTA JOHNSON
Appointment Date: 9-8-2009

- [ ] Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
- [ ] Other (See Instructions)

_Signature of Presiding Judicial Officer or By Order of the Court_

10/5/2009
Date of Order      Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.   [ ] YES   [ ] NO

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $110.00) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $110.00) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM: _____ TO: _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS   [ ] Final Payment   [ ] Interim Payment Number _____   [ ] Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case? [ ] YES [ ] NO   If yes, were you paid? [ ] YES [ ] NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? [ ] YES [ ] NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
|---|---|---|---|---|
| | | | | |

28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER   DATE   28a. JUDGE/MAG. JUDGE CODE

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount.   DATE   34a. JUDGE CODE