UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **PRESENT:** | **DATE :** November 6, 2009 |
| HON. S. MAURICE HICKS, JR. JUDGE | **COURT OPENED** : 1:30 pm |
| Marie Runyon COURT REPORTER | **COURT CLOSED** : 2:00 pm |
| Denise McDonnell MINUTE CLERK | **STATISTICAL TIME:** 00:30 |

## MINUTES OF COURT

CRIMINAL NO. : 09-00164-01

MAG. CASE NO.: NONE

**DEFENDANT** : MALCOLM GILLIS

GOVERNMENT COUNSEL: ALEXANDER C. VAN HOOK
 (standing in for JAMES G. COWLES, JR.)
DEFENSE COUNSEL : CHARLES H. KAMMER, III

_X_ Defendant present
_X_ Defendant in custody
___ Defendant on bond, bond continued
___ Bond canceled
___ Personal Recognizance Bond
___ Bond not made, remanded to custody
___ Conditions of release signed (AO 199)
___ Appearance Bond signed (AO 98)
___ Failed to appear, warrant ordered
___ Agent testified

( ) PUBLIC DEFENDER   ( ) RETAINED   (X) CJA   ( ) WAIVED

---

_X_ **CASE CALLED FOR CHANGE OF PLEA ON INDICTMENT**

   _X_ Defendant under oath
   _X_ Defendant advised of Rule 11 rights
   ___ Waiver of Indictment signed
   _X_ Filed Plea Agreement, Affidavit of Understanding, and Factual Basis
   _X_ Plea of Guilty to Count 1 accepted
   _X_ Presentence investigation ordered
   _X_ Sentencing set for February 19, 2010 at 10:30 a.m.

---

**GOVERNMENT WITNESS: NONE**

---

**COMMENTS:**

The Government's Motion under U.S.S.G. § 3E1.1(b) (Acceptance of Responsibility) is contained in the plea agreement.